UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**JUSTIN DEVONTERRIOUS JONES,**
 Plaintiff,

v.

**DANNY CARR**,
 Defendant.

Case No. 2:24-cv-1125-CLM-JHE

## MEMORANDUM OPINION

 Plaintiff Justin Devonterrious Jones filed a pro se complaint under 42 U.S.C. § 1983, alleging violations of his civil rights. (Doc. 1). The magistrate judge has entered a report, recommending the court dismiss Jones' claims under 28 U.S.C. § 1915A(b)(1)-(2) for failing to state a claim upon which relief may be granted and seeking monetary relief from a defendant who is immune from such relief. (Doc. 8). The magistrate judge advised Jones of his right to file written objections within 14 days, but the court has not received any objections.[1]

 After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court dismisses Jones's official capacity claims against Carr for monetary relief under 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from a defendant who is immune from such relief. The court dismisses Jones's remaining claims under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted.

---

[1] On July 31, 2025, Jones requested an update on the status of his case. (Doc. 9). So the magistrate judge directed the Clerk of Court to revise the docket to reflect that Jones had been transferred to a different correctional facility and to resend the report and recommendation to Jones at his current address. (Doc. 10, pp. 1–2). The magistrate judge ordered Jones to file any objections to the report and recommendation within 14 days. (*See id.*, p. 2). But to date, the court has not received any objections.

The court will enter a separate final judgment that carries out this ruling.

**Done** and **Ordered** on October 8, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE